IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

FILED
JUL 2 5 2007
U.S. DISTRICT COURT
WHEELING, WV 26003

**MOLLY HUMPRHEYS AGUILAR,**

Plaintiff,

v.  Civil Action No. 3:06-CV-58
(Bailey)

**CHRISTOPHER M. ROPER,**
**SCOTT PATRICK REAGAN, CHARLES C. COLE, SR.**
**CITY OF SHEPHERDSTOWN POLICE DEPARTMENT,**

Defendants.

## ORDER DENYING JOINT MOTION SEEKING CONTINUANCE AND EXTENSION OF DEADLINES

This matter came before the Court for consideration of the parties' Joint Motion Seeking Continuance of Trial and Extension of Deadlines [Doc. 26] filed on July 24, 2007. Upon review of this Motion, the Court finds that the March 13, 2007, Scheduling Order [Doc. 23] provides reasonable deadlines to which the parties shall adhere. This Court hereby **DENIES** the Joint Motion [Doc. 26].

It is so **ORDERED**.

The clerk is directed to transmit copies of this Order to all counsel of record.

**DATED:** July 25, 2007.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE